UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID FLEMING, | : | CIVIL ACTION NO. 3:CV-13-0471 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| DELBERT SAUERS, Warden | : | |
| Respondent | : | |

### ORDER

**AND NOW, THIS 24th DAY OF JULY, 2013,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court is directed to **CLOSE** the case.

United States District Judge

FILED
SCRANTON
JUL 2 4 2013
PER _____ DEPUTY CLERK